UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JUAN MARTINEZ | CIVIL ACTION NO. 06-0359<br>SECTION "P" |
| -vs- | JUDGE DRELL |
| FREDERICK MENIFEE, WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that this Plaintiff's *Habeas Corpus* claims are DISMISSED WITH PREJUDICE.

SIGNED on this 26th day of July, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge